| | |
|---|---|
| Fraser A. McAlpine (State Bar No. 248554) | |
| Douglas G.A. Johnston (State Bar No. 268880) | |
| JACKSON LEWIS P.C. | |
| 50 California Street, 9th Floor | |
| San Francisco, California  94111-4615 | |
| Telephone:  (415) 394-9400 | |
| Facsimile:  (415) 394-9401 | |
| Email:  fraser.mcalpine@jacksonlewis.com | |
| Email:  douglas.johnston@jacksonlewis.com | |

Attorneys for Defendants
TVI, INC. d/b/a SAVERS and VALUE VILLAGE; and SAVERS, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EARL GODHIGH, and ANGELA OSGOOD, individually and on behalf of all other members of the general public similarly situated and on behalf of other similarly aggrieved employees pursuant to the California Private Attorneys General Act,<br><br>Plaintiffs,<br><br>v.<br><br>TVI, INC. D/B/A SAVERS and VALUE VILLAGE; and SAVERS, LLC.,<br><br>Defendants. | Case No.  3:16-cv-02874-WHO<br><br>**JOINT STIPULATION AND ORDER TO EXTEND THE TIME TO FILE DEFENDANTS' OPPOSITION AND PLAINTIFFS' REPLY TO PLAINTIFFS' MOTION FOR CONDITIONAL CERTIFICATION**<br><br>Ctrm:    2, 17th Floor<br>Judge:    William H. Orrick, District Judge<br><br>Complaint Filed:  05/27/2016<br>Trial Date:  None Set |

Pursuant to Civil Local Rule 6-1(a), Defendants TVI, INC. D/B/A SAVERS and Value Village and SAVERS, LLC and Plaintiffs Earl Godhigh and Angela Osgood and, by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, Plaintiffs served their Notice of Motion and Motion for Conditional FLSA Collective Action Certification and Issuance of Notice on September 21, 2016;

WHEREAS, Defendants currently have until October 5, 2016 to answer or respond to Plaintiffs' Motion for Conditional Certification;

WHEREAS, Defendants have requested and Plaintiffs have consented to an additional 14

1

days for Defendants' to file their opposition to Plaintiffs' Motion for Conditional Certification;

WHEREAS, Defendants agree to toll the Fair Labor Standards Act claims, and only those claims, for the prospective members of the collective action for an additional 14 days from October 5 to 19, 2016;

WHEREAS, the parties agree that Plaintiffs' reply for the Motion for Conditional Certification shall be due 14 days following Defendants' filing of their opposition to Plaintiffs' Motion for Conditional Certification;

WHEREAS, an additional 14 days for Defendants' opposition and an additional 14 days for Plaintiffs' reply to the Motion for Conditional Certification will not alter the date of any event or any deadline already fixed by Court order;

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that: (1) Defendants shall file their opposition to Plaintiffs' Motion for Conditional Certification no later than October 19, 2016; (2) Plaintiffs shall file their reply to Plaintiffs' Motion for Conditional Certification no later than November 2, 2016; (3) the Fair Labor Standards Act claims, and only those claims, for the prospective members of the collective action for an additional 14 days to October 19, 2016; and (4) the hearing on Plaintiffs' Motion be set for November 16, 2016, at 2:00 p.m., or as soon thereafter as the Court is available.

Dated: October 5, 2016                                       JACKSON LEWIS P.C.

                                                             By:     /s/ *Douglas G.A. Johnston*
                                                             Fraser A. McAlpine
                                                             Douglas G.A. Johnston
                                                             Attorneys for Defendant
                                                             TVI, INC. d/b/a SAVERS and VALUE
                                                             VILLAGE; and SAVERS, LLC

Dated: October 5, 2016                                       OUTTEN & GOLDEN LLP

                                                             By:     /s/ *Jahan C. Sagafi*
                                                             Jahan C. Sagafi
                                                             Attorneys for Plaintiffs

## CERTIFICATION OF CONCURRENCE FROM ALL SIGNATORIES

I, Douglas G.A. Johnston, am the ECF user whose ID and password are being used to file this Joint Stipulation Regarding the Extension of Time to Oppose and Reply to Plaintiff's Motion for Conditional Certification. In compliance with N.D. Cal. Civ. L.R. 5-1(i)(3), I hereby attest that I have obtained the concurrence of each signatory to this document and have obtained authorization to use their electronic signature to sign this document.

Dated: October 5, 2016                                     JACKSON LEWIS P.C.


                                                           By:  /s/ *Douglas G.A. Johnston*
                                                                Douglas G.A. Johnston

1  Having considered the above stipulation by the parties, the Court Orders as follows:
2  1) Defendants shall file their opposition to Plaintiffs' Motion for Conditional Certification no
3  later than October 19, 2016; (2) Plaintiffs shall file their reply to Plaintiffs' Motion for
4  Conditional Certification no later than November 2, 2016; (3) the Fair Labor Standards Act
5  claims, and only those claims, for the prospective members of the collective action for an
6  additional 14 days to October 19, 2016; and (4) the hearing on Plaintiffs' Motion be set for
7  ~~November 16, 2016~~, at 2:00 p.m., or as soon thereafter as the Court is available.
   November 30, 2016

9  IT IS SO ORDERED

11 Date: October  14 , 2016

   _____
   THE HONORABLE WILLIAM ORRICK
   UNITED STATES DISTRICT JUDGE