| | |
|---|---|
| Jahan C. Sagafi (Cal. Bar No. 224887)<br>Outten & Golden LLP<br>One Embarcadero Center, 38th Floor<br>San Francisco, CA  94111<br>Telephone: (415) 638-8800<br>Facsimile: (415) 638-8810<br>E-mail: jsagafi@outtengolden.com | Fraser A. McAlpine (Cal. Bar No. 248554)<br>Douglas G.A. Johnston (Cal. Bar No. 268880)<br>JACKSON LEWIS, P.C.<br>50 California Street, 9th Floor<br>San Francisco, CA 94111<br>Telephone: (415) 394-9400<br>Facsimile: (415) 394-9401<br>E-mail: fraser.mcalpine@jacksonlewis.com<br>E-mail: douglas.johnston@jacksonlewis.com |
| Gregg I. Shavitz (admitted *pro hac vice*)<br>Camar R. Jones (admitted *pro hac vice*)<br>Shavitz Law Group, P.A.<br>1515 S. Federal Hwy., Suite 404<br>Boca Raton, FL 33432<br>Telephone: (561) 447-8888<br>Facsimile:  (561) 447-8831<br>E-mail: gshavitz@shavitzlaw.com<br>E-mail: cjones@shavitzlaw.com | *Attorneys for Defendants* |

*Attorneys for Plaintiffs and proposed Class and Collective Members*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| EARL GODHIGH, and ANGELA OSGOOD, individually and on behalf of all other members of the general public similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>TVI, INC. D/B/A SAVERS and VALUE VILLAGE; and SAVERS, LLC,<br><br>    Defendants. | Case No. 3:16-cv-02874-WHO<br><br>**STIPULATION AND ORDER CONTINUING FLSA CERTIFICATION HEARING AND CASE <u>MANAGEMENT CONFERENCE</u>** |

1   The Parties hereby stipulate as follows:

2   WHEREAS, Plaintiffs' Motion for Conditional FLSA Collective Action Certification and
3   Issuance of Notice ("FLSA Certification Motion") (Dkt. 45), is fully briefed, as of the filing of
4   Plaintiffs' Reply on November 2, 2016;

5   WHEREAS, the FLSA Certification hearing and Case Management Conference ("CMC")
6   are both currently scheduled for November 30, 2016 at 2:00 p.m.;

7   WHEREAS, counsel for Plaintiffs will be out of town on that date;

8   THEREFORE, the Parties hereby stipulate that the FLSA Certification hearing and CMC
9   will both be continued from November 30, 2016 to December 7, 2016 at 2:00 p.m. (or as soon
10  thereafter as the Court may hear the Parties).

11  IT IS SO STIPULATED.

12

13  Dated:  November 10, 2016                    By:     /s/ Jahan C. Sagafi

14                                              Jahan C. Sagafi (Cal. Bar No. 224887)
                                                OUTTEN & GOLDEN LLP
15                                              One Embarcadero Center, 38th Floor
                                                San Francisco, CA  94111
16                                              Telephone: (415) 638-8800
                                                Facsimile: (415) 638-8810
17                                              E-mail: jsagafi@outtengolden.com

18                                              Gregg I. Shavitz (admitted *pro hac vice*)
                                                Camar R. Jones (admitted *pro hac vice*)
19                                              Shavitz Law Group, P.A.
                                                1515 S. Federal Hwy., Suite 404
20                                              Boca Raton, FL 33432
                                                Telephone: (561) 447-8888
21                                              Facsimile:  (561) 447-8831
                                                E-mail: gshavitz@shavitzlaw.com
22                                              E-mail: cjones@shavitzlaw.com

23                                              *Attorneys for Plaintiffs and proposed Class and Collective Members*

24

| | | |
|---|---|---|
| 1 | Dated: November 10, 2016 | By:  /s/ Fraser A. McAlpine |

Fraser A. McAlpine (Cal. Bar No. 248554)
Douglas G.A. Johnston (Cal. Bar No. 268880)
JACKSON LEWIS, P.C.
50 California Street, 9th Floor
San Francisco, CA 94111
Telephone: (415) 394-9400
Facsimile: (415) 394-9401
E-mail: fraser.mcalpine@jacksonlewis.com
E-mail: douglas.johnston@jacksonlewis.com

*Attorneys for Defendants*

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: November 15, 2016

_____
The Honorable William H. Orrick
United States District Judge