Jahan C. Sagafi (Cal. Bar No. 224887)
OUTTEN & GOLDEN LLP
One Embarcadero Center, 38th Floor
San Francisco, CA 94111
Telephone: (415) 638-8800
Facsimile: (415) 638-8810
E-mail: jsagafi@outtengolden.com

Gregg I. Shavitz (admitted *pro hac vice*)
Camar R. Jones (admitted *pro hac vice*)
SHAVITZ LAW GROUP, P.A.
1515 S. Federal Hwy., Suite 404
Boca Raton, FL 33432
Telephone: (561) 447-8888
Facsimile: (561) 447-8831
E-mail: gshavitz@shavitzlaw.com
E-mail: cjones@shavitzlaw.com

*Attorneys for Plaintiffs, Collective
Members, and proposed Class Members*

Fraser A. McAlpine (Cal. Bar No. 248554)
JACKSON LEWIS, P.C.
50 California Street, 9th Floor
San Francisco, CA 94111
Telephone: (415) 394-9400
Facsimile: (415) 394-9401
E-mail: fraser.mcalpine@jacksonlewis.com

Jeffrey Lee Rudd (admitted *pro hac vice*)
JACKSON LEWIS, P.C.
150 N. Michigan Avenue, Suite 2500
Chicago, IL 60601
Telephone: (312) 787-4949
Facsimile: (312) 787-4995
E-mail: jeffrey.rudd@jacksonlewis.com

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| EARL GODHIGH, and ANGELA OSGOOD, individually and on behalf of all other members of the general public similarly situated,<br><br>        Plaintiffs,<br><br>v.<br><br>TVI, INC. D/B/A SAVERS and VALUE VILLAGE; and SAVERS, LLC,<br><br>        Defendants. | Case No. 3:16-cv-02874-WHO<br><br>**JOINT STIPULATION AND ORDER RESETTING SETTLEMENT APPROVAL HEARING DATE** |

The Parties hereby stipulate as follows:

WHEREAS, on November 27, 2018, Plaintiffs filed their Unopposed Motion for Approval of Settlement Awards and Attorneys' Fees and Costs ("FLSA Settlement Approval Motion"), Dkt. 119;

WHEREAS, Plaintiffs set the hearing date as Wednesday, January 2, 2019, since that is the first Wednesday on which the Court is available that is at least 35 days after the motion filing date;

WHEREAS, Savers does not oppose the motion, because it supports the settlement;

WHEREAS, the parties have no reason to believe that there will be any opposition to the motion;

WHEREAS, in an abundance of caution, Plaintiffs sent a courtesy copy of their FLSA Settlement Approval Motion, on the morning of November 28, 2018, to plaintiffs' counsel in the parallel case *Bryant Harris v. TVI, Inc. et al*., No. BC612403 (Los Angeles Sup. Ct.), informing them of the *Godhigh* parties' intention to seek an accelerated hearing date, as requested herein; Plaintiffs' counsel also left a voicemail to Harris's counsel to the same effect;

WHEREAS, Plaintiffs' counsel and Savers' counsel are available on December 12, 2018, Plaintiffs' counsel have a conflict on December 19, at 2:00 p.m. (a hearing in San Francisco Superior Court), and the Court is unavailable on December 26;

THEREFORE, the parties stipulate as follows:

The hearing on Plaintiffs' Settlement Approval Motion, currently set for January 2, 2019, at 2:00 p.m., shall be set for December 12, 2018, at 2:00 p.m.

IT IS SO STIPULATED.

Dated: November 28, 2018          JACKSON LEWIS P.C.

By: _____ /s/ *Fraser A. McAlpine* _____
      Fraser A. McAlpine
      Attorneys for Defendant
      TVI, INC. d/b/a SAVERS and VALUE
      VILLAGE; and SAVERS, LLC

Dated: November 28, 2018          OUTTEN & GOLDEN LLP

By: _____ /s/ *Jahan C. Sagafi* _____
      Jahan C. Sagafi
      Attorneys for Plaintiffs

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: November 28, 2018

_____
The Honorable William H. Orrick
United States District Judge

### CERTIFICATION OF CONCURRENCE FROM ALL SIGNATORIES

I, Jahan C. Sagafi, am the ECF user whose ID and password are being used to file this Joint Stipulation and [Proposed] Order Setting the Settlement Approval Hearing Date. In compliance with N.D. Cal. Civ. L.R. 5-1(i)(3), I hereby attest that I have obtained the concurrence of each signatory to this document and have obtained authorization to use their electronic signature to sign this document.

Dated: November 28, 2018          OUTTEN & GOLDEN LLP

By: _____ /s/ *Jahan C. Sagafi* _____
      Jahan C. Sagafi