| | |
|---|---|
| Jahan C. Sagafi (Cal. Bar No. 224887) | Fraser A. McAlpine (Cal. Bar No. 248554) |
| OUTTEN & GOLDEN LLP | Douglas G.A. Johnston (Cal. Bar No. 268880) |
| One California Street, 12th Floor | JACKSON LEWIS P.C. |
| San Francisco, CA 94111 | 50 California Street, 9th Floor |
| Telephone: (415) 638-8800 | San Francisco, CA 94111 |
| Facsimile: (415) 638-8810 | Telephone: (415) 394-9400 |
| E-mail: jsagafi@outtengolden.com | Facsimile: (415) 394-9401 |
| | E-mail: fraser.mcalpine@jacksonlewis.com |
| | E-mail: douglas.johnston@jacksonlewis.com |
| Gregg I. Shavitz (admitted *pro hac vice*) | Jane McFetridge (admitted *pro hac vice*) |
| Camar R. Jones (admitted *pro hac vice*) | Jeffrey L. Rudd (admitted *pro hac vice*) |
| SHAVITZ LAW GROUP, P.A. | JACKSON LEWIS P.C. |
| 951 Yamato Road, Suite 285 | 150 North Michigan Avenue, Suite 2500 |
| Boca Raton, FL 33431 | Chicago, IL 60601 |
| Telephone: (561) 447-8888 | Telephone: (312) 787-4949 |
| Facsimile: (561) 447-8831 | Facsimile: (312) 787-4995 |
| E-mail: gshavitz@shavitzlaw.com | E-mail: mcfetrij@jacksonlewis.com |
| E-mail: cjones@shavitzlaw.com | E-mail: jeffrey.rudd@jacksonlewis.com |
| *Attorneys for Plaintiffs and Settlement Class Members* | *Attorneys for Defendants TVI, Inc. and Savers LLC* |

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| EARL GODHIGH and ANGELA OSGOOD, individually and on behalf of all other members of the general public similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TVI, INC. D/B/A SAVERS and VALUE VILLAGE; and SAVERS, LLC,<br><br>Defendants. | Case No. 3:16-cv-02874-WHO<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)(1)(A)(II)**<br><br>Judge: Hon. William Orrick<br>Date:<br>Time:<br>Courtroom: 2 – 17th Floor |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedures, Plaintiffs Earl Godhigh and Angela Osgood and Defendants TVI, Inc. and Savers LLC (collectively, "the Parties"), by and through their respective attorneys of record, hereby stipulate that this action be dismissed with prejudice.

The Parties respectfully request that the Court issue an order closing this case.

Dated:  June 24, 2019

Respectfully submitted,

By:  /s/ *Jahan C. Sagafi*

Jahan C. Sagafi (Cal. Bar No. 224887)
OUTTEN & GOLDEN LLP
One California Street, 12th Floor
San Francisco, CA 94111
Telephone: (415) 638-8800
Facsimile: (415) 638-8810
E-mail: jsagafi@outtengolden.com

Gregg I. Shavitz (admitted *pro hac vice*)
Camar R. Jones (admitted *pro hac vice*)
Shavitz Law Group, P.A.
951 Yamato Road, Suite 285
Boca Raton, FL 33431
Telephone: (561) 447-8888
Facsimile: (561) 447-8831
E-mail: gshavitz@shavitzlaw.com
E-mail: cjones@shavitzlaw.com

*Attorneys for Plaintiffs and Settlement Class Members*

Fraser A. McAlpine (Cal. Bar No. 248554)
Douglas G.A. Johnston (Cal. Bar No. 268880)
JACKSON LEWIS P.C.
50 California Street, 9th Floor
San Francisco, CA 94111
Telephone: (415) 3 94-9400
Facsimile: (415) 394-9401
E-mail: fraser.mcalpine@jacksonlewis.com
E-mail: douglas.johnston@jacksonlewis.com

Jane McFetridge (admitted *pro hac vice*)
Jeffrey L. Rudd (admitted *pro hac vice*)
JACKSON LEWIS P.C.
150 North Michigan Avenue, Suite 2500
Chicago, IL 60601
Telephone: (312) 787-4949
Facsimile: (312) 787-4995
E-mail: mcfetrij@jacksonlewis.com
E-mail: jeffrey.rudd@jacksonlewis.com

*Attorneys for Defendants TVI, Inc. and Savers LLC*

**ATTESTATION OF SIGNATURE**

Pursuant to Civil Local Rule 5-1(i)(3), the filer of this document attests that concurrence in the filing of this document has been obtained from the other signatory above.

Dated: June 24, 2019

/s/ *Jahan C. Sagafi*
Jahan C. Sagafi (Cal. Bar No. 224887)

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: June 28, 2019

The Honorable William Orrick
U.S. District Judge